EVERETT D. BARLOW, Appellant, *v.* RANSOM H. GILLET, Respondent.

*Barlow* v. *Gillet*, 67 App. Div. 627, affirmed.
(Argued March 31, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 25, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Isaac L. Miller* and *Everett D. Barlow* for appellant.

*J. Rider Cady* and *E. D. De Lamater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.